01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09  UNITED STATES OF AMERICA,           )
                                        )
10          Plaintiff,                  )
                                        )   Case No. 06-423 M
11          v.                          )
                                        )
12  GERARDO SOLIS-TENORIO,              )   DETENTION ORDER
                                        )
13          Defendant.                  )
    _____     )

14

Offenses charged:

15

16      Count I:  Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. §§

841(a)(1), 841(b)(1)(B), and 846.

17

18      Count II: Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), and

841 (b)(1)(B).

19

Date of Detention Hearing:    August 11, 2006.

20

21      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

22

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

23

24      (1)      Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant

is a flight risk and a danger to the community based on the nature of the pending charges.  It is

25

appropriate to apply the presumption in this case.

26

01      (2)      Defendant is a citizen of Mexico and has no readily apparent contacts with this

02   jurisdiction.

03      (3)      Defendant has stipulated to detention, but reserves the right to contest his

04   continued detention if there is a change in circumstances.

05          IT IS THEREFORE ORDERED:

06      (1)      Defendant shall be detained pending trial and committed to the custody of the

07              Attorney General for confinement in a correction facility separate, to the extent

08              practicable, from persons awaiting or serving sentences or being held in custody

09              pending appeal;

10      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

11              counsel;

12      (3)      On order of a court of the United States or on request of an attorney for the

13              government, the person in charge of the corrections facility in which defendant

14              is confined shall deliver the defendant to a United States Marshal for the purpose

15              of an appearance in connection with a court proceeding; and

16      (4)      The Clerk shall direct copies of this Order to counsel for the United States, to

17              counsel for the defendant, to the United States Marshal, and to the United States

18              Pretrial Services Officer.

19          DATED this 11th day of August, 2006.

20

21

22                                              JAMES P. DONOHUE
                                                United States Magistrate Judge

23

24

25

26

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 2